MELINDA HAAG (CSBN 132612)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-0910
FAX: (408) 535-5066
Email: allison.danner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00564 JW |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL APPEARANCE FROM AUGUST 30, 2010 TO SEPTEMBER 13, 2010 |
| v. ) | |
| ERICKA ORTIZ, ) | |
| Defendant. ) | Date: August 30, 2010<br>Time: 1:30 p.m.<br>Court: The Hon. James Ware |

The initial appearance in the above-captioned matter is currently scheduled for August 30, 2010. The defendant is pregnant, and her due date was August 25, 2010. She has not yet delivered the baby. In light of the impending delivery, the parties jointly request to continue and reset the initial appearance for defendant Ericka Ortiz to September 13, 2010 at 1:30 pm, which is the next available date on the Court's calendar. The parties agree that the time between August 30, 2010 through September 13, 2010 is properly excluded pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv) in the interests

USA'S STIP. TO CONTINUE DATE
FOR STATUS CONF.
[CR 10-00564 JW]

of justice.

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: August 26, 2010          _____/s/_____
ALLISON MARSTON DANNER
Assistant United States Attorney

DATED: August 26, 2010          _____/s/_____
ELIZABETH C. PETERSON
Attorney for ERICKA ORTIZ

For the foregoing reasons, the Court continues the initial appearance in this case from August 30, 2010 to September 13, 2010 at 1:30 p.m. For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. See U.S.C. § 3161(h)(7)(A) and 3161(h)(8)(7)(iv). Accordingly, time shall be excluded from August 30, 2010 through September 13, 2010.

SO ORDERED.

DATED: August 26, 2010          _____
JAMES WARE
United States District Court Judge