ELIZABETH C. PETERSON, State Bar No. 194561
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: epeterson@wsgr.com

Attorneys for Defendant
Ericka Ortiz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:10-cr-00564-JW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING, EXCLUDING TIME |
| v. | ) | |
| ERICKA ORTIZ, | ) | Date: February 14, 2011 |
| | ) | Time: 1:30 p.m. |
| Defendant. | ) | Court: The Hon. James Ware |

The parties had scheduled before the Court a further status hearing for February 14, 2011, at 1:30 p.m. The parties are continuing discussions as to the resolution of this case. Therefore, the parties jointly request that the hearing be continued to February 28, 2011, at 1:30 PM. The parties agree that the interests of justice are served by this continuance which will permit the parties reasonable time necessary for effective preparation and resolution of this matter, and thus the time from February 14, 2011, through and including February 28, 2011, should be excluded pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), (B)(iv).

1  IT IS SO STIPULATED.

2  DATED:  February 7, 2011         WILSON SONSINI GOODRICH & ROSATI
                                    Professional Corporation
3
                                    By:        /s/
4                                        ELIZABETH C. PETERSON
                                         Counsel for Defendant
5

6  DATED:  February 7, 2011         MELINDA HAAG
                                    United States Attorney
7
                                    By:        /s/
8                                        ALLISON MARSTON DANNER
                                         Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the parties' further status hearing be rescheduled to February 28, 2011, at 1:30 p.m.

For good cause shown, the Court further finds that failing to exclude the time from February 14, 2011, through and including February 28, 2011, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from February 14, 2011, through and including February 28, 2011, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time from February 14, 2011, through and including February 28, 2011, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)A) and (B)(iv).

IT IS SO ORDERED.

DATED: __February 10 ___, 2011.        _____
                                       JAMES WARE
                                       United States District Court Chief Judge