| | |
|---|---|
| 1 | ELIZABETH C. PETERSON, State Bar No. 194561 |
| | WILSON SONSINI GOODRICH & ROSATI |
| 2 | Professional Corporation |
| | 650 Page Mill Road |
| 3 | Palo Alto, CA 94304-1050 |
| | Telephone: (650) 493-9300 |
| 4 | Facsimile:  (650) 565-5100 |
| | Email: epeterson@wsgr.com |
| 5 | |
| 6 | Attorneys for Defendant |
| | Ericka Ortiz |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:10-cr-00564-EJD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER RESCHEDULING HEARING, |
| v. | ) | EXCLUDING TIME |
| ERICKA ORTIZ, | ) | Date:  September 12, 2011 |
| | ) | Time:  1:30 p.m. |
| Defendant. | ) | Court: The Hon. Edward J. Davila |

The parties had scheduled before the Court a sentencing hearing for September 12, 2011, at 1:30 p.m.

The parties jointly request that the hearing be continued to October 17, 2011, at 1:30 p.m. The parties agree that the interests of justice are served by this continuance, which will permit the parties reasonable time necessary for effective preparation for the sentencing hearing, and thus the time from September 12, 2011, through and including October 17, 2011, should be

///

///

///

STIPULATION                                                                 -1-
CASE NO. 5:10-CR-00564-EJD

1  excluded pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A),
2  (B)(iv).  The United States Probation Officer assigned to this matter has likewise agreed to this
3  continuance.
4         IT IS SO STIPULATED.

6  DATED:  August 23, 2011        WILSON SONSINI GOODRICH & ROSATI
                                  Professional Corporation

8                                 By:   /s/  Elizabeth C. Peterson
                                        ELIZABETH C. PETERSON
9                                       Counsel for Defendant

11 DATED:  August 23, 2011        MELINDA HAAG
                                  United States Attorney

13                                By:   /s/  Allison Marston Danner
                                        ALLISON MARSTON DANNER
14                                      Assistant United States Attorney

## ORDER

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the parties' sentencing hearing be rescheduled to October 17, 2011, at 1:30 p.m.

For good cause shown, the Court further finds that failing to exclude the time from September 12, 2011, through and including October 17, 2011, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from September 12, 2011, through and including October 17, 2011, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time from September 12, 2011, through and including October 17, 2011, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)A) and (B)(iv).

IT IS SO ORDERED.

DATED:  ___August 24___, 2011.            _____
                                          EDWARD J. DAVILA
                                          United States District Court Judge